P. F. COLLIER & SON COMPANY, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BEN C. ALBERT, Appellant, v. BENJAMIN H. FREEDMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALBERT J. APPELL, Respondent, v. ROBERT W. APPELL and Another, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of JACOB APPELL, Deceased.— Order affirmed, with costs to both parties payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

REAL ESTATE FINANCE CORPORATION, Respondent, v. ALICE K. JOHNSON, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J., dissents.

WILLIAM E. FRIEDMAN, Appellant, v. AMERICAN FOREIGN STEEL CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell, J., dissents.

GUSTAV EHRLICH, Respondent, v. BESSIE EHRLICH, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DORA LAUFER, Respondent, v. MORRIS SHAPIRO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J., dissents.

MAX LAUFER, Respondent, v. MORRIS SHAPIRO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Clarke, P. J., dissents.

JOHN AEMISEGER, Appellant, v. THE WOODLAWN CEMETERY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PATRICK FITZGERALD, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE RAPPAPORT, Appellant, v. MAX FANWICK and Another, Copartners, etc., Respondents.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ABRAHAM J. WEINSTEIN and Another, as Executors, etc., of HARRY WEINSTEIN, Deceased, Appellants, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.